# United States Bankruptcy Court
## For the Southern District of Georgia

In the matter of: )
    Linda F Hill ) Chapter __13__
     )
     ) Case Number _____
    *Debtor(s)* )

## TRANSMITTAL OF PAY ADVICES

The Debtor(s) submit pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1. Debtor __Linda F Hill__

    Employer __Bulloch County Schools__

    Dates of Pay Advices: From __11/21/2014__ To __12/19/2014__

    Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

    [ ] The Debtor was not employed.

    [ ] The Debtor's source of income was from Social Security.

    [ ] The Debtor was self employed.

2. Joint Debtor (Spouse) _____

    Employer _____

    Dates of Pay Advices: From _____ To _____

    Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

    [ ] The Joint Debtor was not employed.

    [ ] The Joint Debtor's source of income was from Social Security.

    [ ] The Joint Debtor was self employed.

*Kimberly S. Ward* 1-8-15      *Linda F Hill* 1/8/15
Signature of Attorney   Date      Signature of Debtor   Date

Kimberly S. Ward
Name of Attorney      Signature of Joint Debtor (if any)   Date

| BULLOCH COUNTY SCHOOLS EARNINGS STATEMENT | | | | PAY PERIOD | DEPOSIT DATE | LOCATION # | DEPOSIT NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | NOV 06, 2014 | NOV 21, 2014 | 8014 | 157918 |

| EMPLOYEE NAME | | | EXEMPTIONS | | | ADDITIONAL TAX | |
|---|---|---|---|---|---|---|---|
| F LINDA HILL | | | FED: 1 | STATE: 1 | M/S  S | FED: 0.00 | STATE: 0.00 |

| EARNINGS | UNITS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | LEAVE INFORMATION AS OF: |
|---|---|---|---|---|---|---|---|
| | | | | | | | NOV 06, 2014 |
| SUB PAY | 4.00 | $240.00 | $240.00 | | | | TYPE / CURR USED / BALANCE |
| GROSS PAY | | 240.00 | 240.00 | | | | |
| SOCIAL SECURITY | | 14.88 | 14.88 | | | | |
| MEDICARE | | 3.48 | 3.48 | | | | |
| FEDERAL | | 0.00 | 0.00 | | | | |
| STATE | | .00 | .00 | | | | |
| TOT DED | | .00 | .00 | | | | |
| NET PAY | | 221.64 | 221.64 | | | | |

| ABSENT EMPLOYEE | DAYS | DATE WORKED | ACCOUNT | AMT | ABSENT EMPLOYEE | DAYS | DATE WORKED | ACCOUNT | AMT |
|---|---|---|---|---|---|---|---|---|---|
| PHANTOM, PHANTOM TRAN | 4.00<br>4.00 | OCT 30, 2014 | | 240.00<br>240.00 | | | | | |

**THIS IS NOT A CHECK, DO NOT CASH.**

BULLOCH COUNTY SCHOOLS
150 WILLIAMS ROAD
SUITE A
STATESBORO, GA 30458

DEPOSIT NO. 157918

| DATE | AMOUNT |
|---|---|
| NOV 21, 2014 | $221.64 |

DEPOSIT    $********221 DOLLARS AND 64 CENTS

IN THE ACCOUNT OF    F LINDA HILL

# NON-NEGOTIABLE

# DIRECT DEPOSIT NOTIFICATION

| BULLOCH COUNTY SCHOOLS EARNINGS STATEMENT | | | | PAY PERIOD | DEPOSIT DATE | LOCATION # | DEPOSIT NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | DEC 04, 2014 | DEC 19, 2014 | 8014 | 159475 |

| EMPLOYEE NAME | | | EXEMPTIONS | | | ADDITIONAL TAX | |
|---|---|---|---|---|---|---|---|
| LINDA F HILL | | | FED: 1 | STATE: 1 | M/S S | FED: 0.00 | STATE: 0.00 |

| EARNINGS | UNITS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | LEAVE INFORMATION AS OF: |
|---|---|---|---|---|---|---|---|
| SUB PAY | 16.00 | $960.00 | $1,200.00 | | | | DEC 04, 2014 |
| TR.PROF. | 0.00 | $10.00 | $10.00 | | | | TYPE / CURR USED / BALANCE |
| | | | | | | | |
| GROSS PAY | | 970.00 | 1,210.00 | | | | |
| SOCIAL SECURITY | | 60.14 | 75.02 | | | | |
| MEDICARE | | 14.06 | 17.54 | | | | |
| FEDERAL | | 45.33 | 45.33 | | | | |
| STATE | | 17.67 | 17.67 | | | | |
| TOT DED | | .00 | .00 | | | | |
| NET PAY | | 832.80 | 1,054.44 | | | | |

| ABSENT EMPLOYEE | DAYS | DATE WORKED | ACCOUNT | AMT | ABSENT EMPLOYEE | DAYS | DATE WORKED | ACCOUNT | AMT |
|---|---|---|---|---|---|---|---|---|---|
| PHANTOM, PHANTOM TRAN | 16.00 | NOV 07, 2014 | | 960.00 | | | | | |
| | 16.00 | | | 960.00 | | | | | |

THIS IS NOT A CHECK, DO NOT CASH.

BULLOCH COUNTY SCHOOLS
150 WILLIAMS ROAD
SUITE A
STATESBORO, GA 30458

DEPOSIT NO. 159475

| DATE | AMOUNT |
|---|---|
| DEC 19, 2014 | $832.80 |

DEPOSIT    $********832 DOLLARS AND 80 CENTS

IN THE ACCOUNT OF    LINDA F HILL

**NON-NEGOTIABLE**

**DIRECT DEPOSIT NOTIFICATION**