# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Linda F. Hill**<br>    Debtor | Case No.:  15−60011−EJC<br>Judge:  Edward J. Coleman III<br>Chapter:  13 |

## NOTICE OF CONTINUED HEARING

The Hearing on Trustee's Motion to Dismiss Case originally scheduled **February 15, 2017** has been <u>continued</u> to:

*** March 15, 2017 , at 09:00 AM ,
U.S. Bankruptcy Court,
U. S. Courthouse, 52 N. Main St., Statesboro, GA .***

All other provisions of the original notice remain in full force and effect.

*Lucinda Rauback, CLERK*
United States Bankruptcy Court
125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated: February 21, 2017

B−40C [Rev. 05/12]  **LLE**