IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | **CHAPTER 13** |
| **LINDA F HILL** ) | **CASE NO. 15-60011** |
| ) | |
| **Debtor.** ) | |

## MOTION TO APPROVE SETTLEMENT
## AND DISBURSEMENT OF FUNDS

NOW COMES, LINDA F HILL, Debtor in the above stated matter, and files this Motion to Approve Settlement and Disbursement of Funds as follows:

1.

Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on January 9, 2015.

2.

Debtor's vehicle was involved in a motor vehicle accident on or about January 29, 2017, which caused a total loss of her 2012 Chrysler 200.

3.

Portfolio Recovery Associates, LLC has a first in priority lien on the 2012 Chrysler 200 and is being paid by the Chapter 13 Trustee pursuant to the terms of the confirmed plan.

4.

Progressive Casualty Insurance Company (claim number 17-1605010-02) has determined that the vehicle is a total loss and is willing to settle the property damage claim for a net settlement of $9,476.83.

5.

Debtor wishes to settle the insurance claim for $9,476.83.

6.

Debtor requests that Portfolio Recovery Associates, LLC be paid the balance of $8,778.01 which represents the secured portion of the claim to which it is entitled pursuant to the Chapter 13 Plan.

7.

Debtor requests that Portfolio Recovery Associates, LLC release the lien on the title and forward it to Progressive Casualty Insurance Company, and that the secured portion of the claim of Portfolio Recovery Associates, LLC (Claim #4) be reduced to the amount already paid.

8.

Debtor proposes that the excess funds of the settlement in the amount of $698.82 to be paid to the Chapter 13 Trustee.

WHEREFORE, Debtor respectfully requests that she be allowed to settle the property damage claim and for the funds to be disbursed as set forth above.

Respectfully submitted this 22nd day of February, 2017.

                             H. LEHMAN FRANKLIN, P.C.

                             /s/ Kimberly S. Ward
                             Kimberly S. Ward
                             Georgia Bar No. 682042
                             Attorney for Debtor

P. O. Box 1064
Statesboro, GA  30459
912-764-9616
hlfpcbankruptcy@hotmail.com

CERTIFICATE OF SERVICE

This is to certify that I have this date electronically served a copy of the foregoing Motion to Approve Settlement and Disbursement of Funds and Proposed Order upon O. Byron Meredith, III, Chapter 13 Trustee.

I further certify that the foregoing Motion to Approve Settlement by placing a copy of same in the United States Mail with adequate postage affixed thereto and properly addressed to:

> Portfolio Recovery Associates, LLC
> Attn:  Agent/ Officer
> P O Box 41067
> Norfolk, VA  23541

This 22nd day of February, 2017.

> H. LEHMAN FRANKLIN, P.C.
>
>
> /s/ Kimberly S. Ward
> Kimberly S. Ward
> Georgia Bar No. 682042
> Attorney for Debtor

P. O. Box 1064
Statesboro, GA  30459
912-764-9616
hlfpcbankruptcy@hotmail.com