**IT IS ORDERED as set forth below:**



**Date: March 23, 2017**

_____
Edward J. Coleman, III
United States Bankruptcy Court Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| LINDA F HILL ) | **CASE NO. 15-60011-EJC** |
| ) | |
| Debtor. ) | |

### ORDER APPROVING SETTLEMENT AND DISBURSEMENT

The Debtor, Linda F Hill, having filed a Motion to Approve Settlement and Disbursement of Funds and good cause having been shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Debtor's settlement of her property damage claim with Progressive Casualty Insurance Company on the 2012 Chrysler 200 in the net amount of $9,476.83 is approved;

2. Portfolio Recovery Associates, LLC shall be paid $8,778.01 which represents the balance of the secured portion of the lien pursuant to the Chapter 13 Plan;

3. Portfolio Recovery Associates, LLC shall release its lien on the vehicle and forward the title to Progressive Casualty Insurance Company;

4. The secured portion of the claim of Portfolio Recovery Associates, LLC (Claim #4) shall be reduced to amount already paid; and

5. The net insurance proceeds of $698.82 shall be paid by Progressive Casualty Insurance Company to the Chapter 13 Trustee.

[END OF DOCUMENT]


Prepared and submitted by:

/s/ Kimberly S. Ward
Kimberly S. Ward
Attorney for Debtor
Georgia Bar No. 682042
P.O. Box 1064
Statesboro, GA 30459
(912)764-9616

No Opposition:

*[signature]*

Laura A. Grifka, For The Chapter 13 Trustee
GA Bar #312055