# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Linda F. Hill**<br>    Debtor | Case No.:   15−60011−EJC<br>Judge:   Edward J. Coleman III<br>Chapter:   13 |

### *FINAL DECREE*

The estate of the above named debtor has been fully administered.

*IT IS ORDERED THAT:*

O Byron Meredith III is discharged as trustee of the estate of the above−named debtor and the bond is canceled; and the case of the above debtor is closed.

> Edward J. Coleman III,
> United States Bankruptcy Judge
> 125 Bull St, Rm 213
> P.O. Box 8347
> Savannah, GA 31412

Dated: January 22, 2018

*B272 [07/14]*